IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIAZ CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV275 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| B-D CONSTRUCTION COMPANY, INC. | ) | |
| and UNIVERSAL SURETY CO., | ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on March 17, 2006, a letter (Filing No. 4) was sent to:

> Jenifer W. Svancara
> Miller Law Firm, PC
> 4310 Madison Avenue
> Kansas City, Missouri 64111

from the Office of the Clerk directing that the attorney register for admission to practice in this court as required by NEGenR 1.7(d) or (f) and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen days. On May 8, 2006, Ms. Svancara applied for admission pro hac vice, but has not yet registered for the System. As of the close of business on May 25, 2006, said attorney has not complied with the request set forth in the letter from the Office of the Clerk. Accordingly,

**IT IS ORDERED** that, on or before **June 8, 2006**, attorney Jenifer W. Svancara shall register for the System or show cause by written affidavit why she cannot comply with the rules of the court. Failure to comply with this order may result in Ms. Svancara's removal as counsel of record for the plaintiff.

DATED this 26th day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge